JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Barcade LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Blipsy Barcade and<br>Rafael Augusto Guzman,<br><br>　　　　　Defendants. | Case No.: 2:13-CV-02784 RSWL (AJWx)<br><br>**ORDER DISMISSING ALL CLAIMS WITHOUT PREJUDICE**<br><br>Complaint filed: April 19, 2013 |

Plaintiff's Complaint filed April 19, 2013 and all claims thereto shall be dismissed without prejudice.

IT IS SO ORDERED.

Dated:  5-15-13

　　　　　　　　　　　　RONALD S.W. LEW
　　　　　　　　　　　───────────────────────
　　　　　　　　　　　The Honorable Ronald S.W. Lew
　　　　　　　　　　　United States Federal District Judge
　　　　　　　　　　　Central District of California

C:\Users\esitcharungsi\Desktop\Order51413.docx